WILLIAM A. WEBSTER v. W. L. WATFORD, as Sheriff of Jackson County, *et al.*

176 So. 270.

Opinion Filed September 30, 1937.

*J. McHenry Jones,* for Appellant;

*Cary D. Landis,* Attorney General, *W. P. Allen,* Assistant Attorney General, *Waller & Meginniss, McCord & Collins* and *Emmet Safay,* for Appellees.

*Nathan J. Roberts,* as *Amicus Curiae.*

PER CURIAM.—The decree herein appealed from is hereby reversed and remanded on the authority of Bechtol v. Lee, *et al.,* this day filed.

ELLIS, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.